UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60431-CIV-WPD

OLMARY GALBAN,

    Plaintiff,

v.

HEALTH GENESIS CORPORATION, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

### ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation for Dismissal with Prejudice (the "Stipulation") [DE 17], filed herein on November 15, 2021. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 17] is hereby **APPROVED**;

2. The case is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement;

4. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 16th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record